UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 15- 259 MJP |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| SENDHY AMAJIRANY FELIX ACEVES, ) | |
| Defendant. ) | |

Offenses charged:

**Count 1** – Conspiracy to Distribute Controlled Substances, including heroin (one kilo or more), and methamphetamine (50+ gr. actual, 500+ gr. substance containing).

**Count 2** – Conspiracy to Commit Money Laundering

Date of Detention Hearing:    August 7, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Because the Indictment charges a drug offense which carries a maximum penalty of 10 years or more, there is a rebuttable presumption for detention. While defendant has presented some evidence, the presumption remains in effect, and must be considered by the court. The evidence presented by defendant does not outweigh the presumption, taken with other evidence favoring detention, as set forth below.

(2) This defendant is closely associated with the lead defendant, and principal participant in the case.

(3) When the arrests were made, this defendant and the principal defendant were hiding together in a closet, which also contained a loaded handgun and small quantities of controlled substances.

(4) Defendant is a relative of another prime participant, who fled to Mexico when he learned of the investigation. Law enforcement authorities believe she took over some of his functions in running the drug business.

(5) The Government alleges defendant has no legal status in this country, and there is no evidence to the contrary. There is an immigration detainer in place. It seems very likely defendant will be deported to Mexico at the conclusion of this case, whether or not she is convicted and sentenced.

(6) Defendant has many relatives in Mexico. If released prior to trial, she would have every incentive to return to Mexico immediately.

(7) There was a handgun in the glove box of her vehicle.

(8) The Pretrial Services Office has recommended detention, and this court concurs.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of August, 2015.

_____
John L. Weinberg
United States Magistrate Judge